# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| Kristina Anderson, | Case No. 2:24-cv-01162-APG-DJA |
| --- | --- |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department; et al., | |
| Defendants. | |

Plaintiff's counsel—Ramzy P. Ladah, Esq. and Michael T. Nixon, Esq. of the Ladah Law Firm—have moved to withdraw their representation of Plaintiff Kristina Anderson, explaining that counsel and Ms. Anderson have a disagreement regarding how to move forward with this litigation. (ECF No. 32). The parties have also agreed to a stay of discovery until the Court resolves Las Vegas Metropolitan Police Department's motion to dismiss and the Ladah Law Firm's motion to withdraw, so there is no danger of delay. Finally, Ms. Anderson has not responded to the motion.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that Ms. Anderson's counsel has met the requirements of LR IA 11-6(b). Ms. Anderson has also not responded, constituting her consent to the granting of the motion.

///

///

///

**IT IS THEREFORE ORDERED** that Ramzy P. Ladah, Esq. and Michael T. Nixon, Esq.'s motion to withdraw (ECF No. 32) is **granted**. The Clerk of Court is kindly directed to remove Ramzy P. Ladah, Esq. and Michael T. Nixon, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Ms. Anderson to the civil docket and send a copy of this order to Ms. Anderson's last known address:

Kristina Anderson

1109 Country Skies

Las Vegas, NV 89123

Kristina.anderson7@gmail.com

DATED: February 3, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE