# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kristina Anderson,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01162-APG-DJA<br><br>**Order** |

Before the Court is Defendant's amended proposed discovery plan. (ECF No. 38). Plaintiff did not join the plan. However, the Local Rules require that discovery plans be stipulated. *See* LR 26-1(a) (stating that "the parties must submit a stipulated discovery plan and scheduling order"). Because Plaintiff did not join the plan, the Court denies it without prejudice and will require the parties to meet and confer and submit a stipulated plan on or before March 6, 2025.

**IT IS THEREFORE ORDERED** that Defendant's amended proposed discovery plan (ECF No. 38) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the parties must meet and confer and submit a stipulated discovery plan on or before **March 6, 2025.**

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to send a copy of this order to Plaintiff.

DATED: February 13, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE