UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kristina Anderson,<br><br>Plaintiff,<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>Defendants. | Case No. 2:24-cv-01162-APG-DJA<br><br>**Order** |

This matter is before the Court on Defendant Las Vegas Metropolitan Police Department's status report indicating that its counsel was unable to reach an agreement with Plaintiff Kristina Anderson on a discovery plan. (ECF No. 43). Given the parties' inability to reach an agreement, the Court sets an in-person hearing to address the matter. Additionally, it appears that Plaintiff's address has changed. The Court will thus send this order to both addresses it has for Plaintiff and will require Plaintiff to confirm which address is correct at the hearing.

**IT IS THEREFORE ORDERED** that this matter is set for an in-person hearing on **April 22, 2025, at 10:00 a.m.** in Courtroom 3A of the Lloyd D. George Federal Courthouse before the Honorable Magistrate Judge Daniel J. Albregts.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Plaintiff Kristina Anderson at the below addresses:

**Kristina Anderson**
6871 Rose Mallow Street
Las Vegas, Nevada 89148

**Kristina Anderson**
1109 Country Skies
Las Vegas, Nevada 89123

DATED: March 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE