**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Former Counsel for Defendants Picerne Sunset,*
*LLC erroneously sued as Picerne Sunset d/b/a Level*
*25 At Sunset and DRPRMP Manager, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA ANDERSON, an individual, | Case No. 2:24-cv-01162-APG-DJA |
| Plaintiff, | |
| v. | **MOTION FOR  REMOVAL FROM CMF/ECF SERVICE LIST** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER W. BETTENCOURT, individually and as a police officer; DETECTIVE C. GIFFORD, individually and as a police officer; DETECTIVE WEGHORST, individually and as a police officer; PICERNE SUNSET, LLC, dba LEVEL 25 AT SUNSET; DRPRMP MANAGER LLC; DOE APARTMENT EMPLOYEES 1-25; ROE POLICE OFFICERS 26-50, | |
| Defendants. | |

Griffith H. Hayes, Esq. of the law firm Tyson & Mendes LLP (the "firm"), as former counsel for Defendants PICERNE SUNSET, LLC ERRONEOUSLY SUED AS PICERNE SUNSET D/B/A LEVEL 25 AT SUNSET AND DRPRMP MANAGER, LLC., ("the "Parties"), hereby submits its Motion for Order Granting Request for Removal from CM/ECF Service List as to Griffith H. Hayes,

Esq. ("the Motion"). This Motion is made and supported by the following Memorandum of Points and

Authorities.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Griffith H. Hayes, Esq. is no longer involved in this matter. ECF notice to Griffith H. Hayes,

Esq., is no longer required; therefore, the Firm hereby submits this Motion for Order granting Request

for Removal from CM/ECF Service List as to ~~Kurt R. Bonds, Esq~~. Griffith H. Hayes, Esq.

DATED this 18th day of June, 2025.

TYSON & MENDES LLP


*/s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Former Counsel for Defendants Picerne*
*Sunset, LLC erroneously sued as Picerne*
*Sunset d/b/a Level 25 At Sunset and*
*DRPRMP Manager, LLC*


<u>**ORDER**</u>

**IT IS SO ORDERED.**

**DATED:** 6/20/2025

_____
**U.S. MAGISTRATE JUDGE**